IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LITTLE ROCK MIDTOWN LP**                                                                 **PLAINTIFF**

v.                              Case No. 4:24-cv-00119-KGB

**FFC MIDWEST LLC, d/b/a**
**FREDDY'S FROZEN CUSTARD**
**AND STEAKBURGERS**                                                                        **DEFENDANT**

## ORDER

Before the Court is the parties' agreed motion for voluntary dismissal with prejudice (Dkt. No. 20). The parties seek dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) (*Id.*). For good cause shown, the Court grants the motion (*Id.*). All claims between the parties are dismissed with prejudice. As set out in the motion, each party will bear its own costs.

It is so ordered this 13th day of March, 2025.

_____
Kristine G. Baker
Chief United States District Judge